BEFORE THE SECOND DIVISION, SEPTEMBER 16, 1959

**No. 63351.**—L. Bamberger & Co. *v.* United States, protests 181425–K, 189033–K, and 212716–K (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of candlesticks similar in all material respects to those the subject of Abstract 62036, except that they are not plated with platinum, gold, or silver, nor colored with gold lacquer, the claim of the plaintiff was sustained.

**No. 63352.**—Wear Ever Baby Carriage Co., Inc., et al. *v.* United States, protests 306383–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of ribbon similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C.D. 1944), except that the merchandise herein is velvet pile ribbon, wholly or in chief value of cotton, the claim of the plaintiffs was sustained.

**No. 63353.**—Pollak Industrial Corp. *v.* United States, protest 59/7723 (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of straw hats similar in all material respects to those the subject of *Pollak Industrial Corp. et al.* v. *United States* (40 Cust. Ct. 251, C.D. 1991), the claim of the plaintiff was sustained.